**Opinion filed November 6, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00171-CV

_____

## IN THE INTEREST OF J.W.C. II, I.C., C.C., AND N.C., CHILDREN

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM 56,027**

### M E M O R A N D U M   O P I N I O N

This is an appeal from an order terminating the parental rights of the mother and the father of J.W.C. II, I.C., C.C., and N.C. The father filed a notice of appeal; the mother did not. We dismiss the appeal.

The father's court-appointed counsel has filed a motion to withdraw and a supporting brief in which he professionally and conscientiously examines the record and applicable law and states that he has concluded that the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why

there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). In this regard, the practice recognized in *Anders* for court-appointed counsel to seek a withdrawal from a frivolous appeal applies to parental termination proceedings involving appointed counsel. *In re R.M.C.*, 395 S.W.3d 820 (Tex. App.—Eastland 2013, no pet.) (mem. op.); *see In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Appellant's counsel provided Appellant with a copy of the brief (sent via both certified and first class mail) and informed Appellant of his right to review the record and file a response to counsel's brief.[1] In compliance with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), counsel also provided Appellant with a form motion to file in this court to obtain access to the appellate record. We note that Appellant has not filed the motion in this court. We conclude that Appellant's counsel has satisfied his duties under *Anders*, *Schulman*, and *Kelly*.

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit and should be dismissed. *See Schulman*, 252 S.W.3d at 409. Accordingly, we grant the motion to withdraw filed by Appellant's court-appointed appellate counsel. Additionally, we order counsel to notify Appellant of the disposition of this appeal and the availability of discretionary review in the Texas Supreme Court. Counsel is directed to send Appellant a copy of the opinion and judgment within five days after the opinion is handed down, along with notification of his right to file a pro se petition for review under TEX. R. APP. P. 53. Likewise, this court advises Appellant that he may file a petition for review pursuant to TEX. R. APP. P. 53.

---

[1]By letter, this court granted Appellant thirty days in which to exercise his right to file a response to counsel's brief. Appellant has not filed any response in this court.

The motion to withdraw is granted, and the appeal is dismissed.

PER CURIAM

November 6, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.